HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERTO AGUILAR NAVARRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO AGUILAR NAVARRO,<br><br>Defendant. | No. 2:16-cr-0025 TLN-6<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, ROBERTO AGUILAR NAVARRO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  See Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  See USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534

3. Mr. Navarro received 6 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to the former USSG § 4A1.1(d), for a total criminal history score of 8, which placed Mr. Navarro in criminal history category IV.  Mr. Navarro's total offense level was 29, resulting in a guideline range of 121 to 151 months.

4. On November 15, 2018, this Court sentenced Mr. Navarro to a term of 136 months imprisonment, a term in the middle of the applicable guideline range;

5. The sentencing range applicable to Mr. Navarro was subsequently lowered by the status-point provision;

6. Mr. Navarro is eligible for a reduction in sentence, which reduces his criminal history score to 6, lowering his criminal history category from IV to III, resulting in an amended advisory guideline range of 120 (the statutory mandatory minimum) to 135 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Navarro's term of imprisonment to 127 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 16, 2024

PHILLIP A. TALBERT
United States Attorney


 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  January 16, 2024

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
ROBERTO AGUILAR NAVARRO

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Navarro is entitled to the benefit of Amendment 821, Part A, the new status-point provision, which reduces his criminal history score to 5 and his criminal history category from IV to III, resulting in an amended guideline range of 120 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2018 is reduced to a term of 127 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Navarro shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 18, 2024

_____
Troy L. Nunley
United States District Judge